UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>TIMOTHY JEFFREY, Jr., AKA Boo, AKA Jim Jeffrey, AKA Tim Jeffrey, AKA Timothy Jeffery, AKA TimothY D. Jefferey, AKA Timothy Jeffreys, AKA Frankie Jeffrey, AKA Korev Eshallow Jeffery, AKA Korev Ishola Green, AKA Timothy Carlow Barret, AKA Andrew C. Bryant, AKA Chanito Datson,<br><br>　　　　Defendant - Appellant. | No. 25-3892<br><br>D.C. No. 3:24-cr-00475-WHA-1<br>Northern District of California, San Francisco<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>TIMOTHY JEFFREY, Jr., AKA Boo, AKA Jim Jeffrey, AKA Tim Jeffrey, AKA Timothy Jeffery, AKA TimothY D. Jefferey, AKA Timothy Jeffreys, AKA Frankie Jeffrey, AKA Korev Eshallow Jeffery, AKA Korev Ishola Green, AKA Timothy Carlow Barret, AKA Andrew C. Bryant, AKA Chanito Datson,<br><br>　　　　Defendant - Appellant. | No. 25-3897<br><br>D.C. No. 3:16-cr-00002-WHA-2<br>Northern District of California, San Francisco |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>TIMOTHY JEFFREY, Jr., AKA Boo, AKA Jim Jeffrey, AKA Tim Jeffrey, AKA Timothy Jeffery, AKA TimothY D. Jefferey, AKA Timothy Jeffreys, AKA Frankie Jeffrey, AKA Korev Eshallow Jeffery, AKA Korev Ishola Green, AKA Timothy Carlow Barret, AKA Andrew C. Bryant, AKA Chanito Datson,<br><br>　　　　Defendant - Appellant. | No. 25-3901<br><br>D.C. No.<br>3:12-cr-00216-WHA-1<br>Northern District of California,<br>San Francisco |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

　　The court consolidates Appeal Nos. 25-3892, 25-3897, and 25-3901. Parties must include all case numbers on future filings.

　　The motions (Docket Entry No. 3) by Dena M. Young in each of these appeals to withdraw and to appoint new counsel are granted. *See* 18 U.S.C. § 3006A.

　　Within 14 days of identifying counsel, the appointing authority for the Northern District of California is requested to send counsel's contact information to counselappointments@ca9.uscourts.gov.

　　Counsel must order the transcript by July 28, 2025. The transcript is due August 27, 2025. The consolidated opening brief is due October 8, 2025. The

consolidated answering brief is due November 7, 2025. The optional consolidated reply brief is due within 21 days after service of the answering brief.

The clerk will serve this order on former counsel and appellant individually.